UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILANO MURILLO,<br><br>    Petitioner,<br><br> v.<br><br>W. L. MONTGOMERY, Warden,<br><br>    Respondent. | No.  CV 20-0031-KK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus and the Magistrate Judge's Report and Recommendation.  No objections to the Report have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

   IT IS ORDERED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:   March 31, 2024                                      
                          HON. KENLY KIYA KATO
                         United States District Judge