JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILANO MURILLO,<br><br>        Petitioner,<br><br>   v.<br><br>W. L. MONTGOMERY, Warden,<br><br>        Respondent. | NO. CV 20-0031-KK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed with prejudice.

DATED: March 31, 2024

_____
HON. KENLY KIYA KATO
United States District Judge